IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:20-CR-00131-FL

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| BRIAN JACKIE HARPER ) | |

This matter comes now before this Court on motion of the United States for an order vacating the trial in the above captioned case.

For good cause shown, the Court hereby GRANTS the government's motion, and orders the trial, currently set for July 17, 2023 in New Bern, North Carolina be VACATED.

SO ORDERED, this 10th day of July, 2023.

_____
LOUISE W. FLANAGAN
United States District Judge

4